UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3:23-cr-56 |
| Plaintiff, | : | JUDGE |
| v. | : | **INDICTMENT** |
| **DEONTAE GOODNER,** | : | 18 U.S.C. § 922(g) |
| | : | 18 U.S.C. § 924(c) |
| Defendant. | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(A) |
| | : | 21 U.S.C. § 846 |
| | : | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Conspiracy to Commit a Title 21 Offense)

Between a beginning date unknown, but at least by in or around January 3, 2022, and continuing through on or about January 6, 2022, in the Southern District of Ohio and elsewhere, defendant **DEONTAE GOODNER** and another individual unknown to the grand jury knowingly and intentionally conspired to possess with intent to distribute and to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).**

### COUNT 2
### (Attempt to Possess with Intent to Distribute)

On or about January 6, 2022, in the Southern District of Ohio, defendant **DEONTAE GOODNER** knowingly and intentionally attempted to possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.**

## COUNT 3
### (Possession of a Firearm in Furtherance of Serious Drug Offense)

On or about January 6, 2022, in the Southern District of Ohio, defendant **DEONTAE GOODNER** knowingly possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely: conspiracy to possess with intent to distribute and to distribute controlled substances and attempt to possess with intent to distribute and to distribute controlled substances in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, as alleged in Counts One and Two of the Indictment.

**In violation of Title 18, United States Code, Section 924(c).**

## COUNT 4
### (Possession of a Firearm and Ammunition by a Prohibited Person)

On or about January 6, 2022, in the Southern District of Ohio, defendant **DEONTAE GOODNER**, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed firearms and ammunition, that is, a Colt .45 handgun bearing serial number CSS106, and three rounds of .45 ammunition; a Smith & Wesson SD9 handgun bearing serial number FCN8510, and fourteen rounds of 9mm ammunition; a Colt .45 handgun bearing serial number 2941604, and seven rounds of .45 ammunition; and a Glock 20 10mm handgun bearing serial number BNNR088; and these firearms and ammunition were in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 922(g).**

### FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of this Indictment, the defendant, **DEONTAE GOODNER**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly

or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to the following:

    a. A Colt .45 handgun bearing serial number CSS106, with any attachments and three rounds of .45 caliber ammunition;

    b. A Smith & Wesson SD9 handgun bearing serial number FCN8510, with any attachments and fourteen rounds of 9mm ammunition;

    c. A Colt .45 handgun bearing serial number 2941604, with any attachments and seven rounds of .45 caliber ammunition;

    d. A Glock 20 10mm handgun bearing serial number BNNR088, with three magazine attachments loaded with 10mm ammunition;

    e. Approximately $70,140 in U.S. currency;

    f. An Apple iPhone bearing IMEI 354897096635124;

    g. An Apple iPhone Xs Max, model number A1921; and

    h. An Apple iPhone 8 bearing IMEI 354897096635124.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 1 through 4 of this Indictment, the defendant, **DEONTAE GOODNER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but not limited to the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

_____
GRAND JURY FOREPERSON

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Kelly K. Rossi*
**KELLY K. ROSSI**
**ASSISTANT UNITED STATES ATTORNEY**